IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PADRES HACIA UNA VIDA MEJOR, an unincorporated association, and EL PUEBLO PARA EL AIRE Y AGUA LIMPIO, an unincorporated association,<br><br>        Plaintiffs,<br>   v.<br><br>LISA P. JACKSON, in her official capacity as Administrator of the U.S. Environmental Protection Agency, and U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>        Defendants. | 1:11-cv-1094  AWI DLB<br><br>VACATING OCTOBER 31, 2011 HEARING AND TAKING MATTER UNDER SUBMISSION |

    Currently set for hearing and decision on October 31, 2011, is Defendants' motion to dismiss.  Pursuant to Local Rule 230(h), the court has reviewed the moving papers and has determined that the matters are suitable for decision without oral argument.

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of October 31, 2011, is VACATED, and the parties shall not appear at that time.  As of October 31, 2011, the Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:  October 26, 2011

                                       CHIEF UNITED STATES DISTRICT JUDGE