BRENT NEWELL, CA Bar No. 210,312
INGRID BROSTROM, CA Bar No. 245,829
CENTER ON RACE, POVERTY & THE ENVIRONMENT
47 Kearny Street, Suite 804
San Francisco, CA 94108
Telephone: (415) 346-4179
Fax: (415) 346-8723
Email: bnewell@crpe-ej.org

CHRISTOPHER WINTER, OR Bar No. 984,355
*Via pro hac vice*
CRAG LAW CENTER
917 S.W. Oak, Suite 417
Portland, OR 97205
Telephone: (503) 525-2725
Fax: (503) 296-5454
Email: chris@crag.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| PADRES HACIA UNA VIDA MEJOR, an unincorporated association, and EL PUEBLO PARA EL AIRE Y AGUA LIMPIO, an unincorporated association,<br><br>Plaintiffs,<br><br>v.<br><br>LISA P. JACKSON, in her official capacity as Administrator of the U.S. Environmental Protection Agency, and U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendants. | CASE No. 1:11-cv-01094-AWI-DLB<br><br>STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS PENDING SETTLEMENT NEGOTIATIONS |

1. WHEREAS, on or about December 12, 1994, Plaintiffs Padres Hacia una Vida Mejor and El Pueblo para el Aire y Agua Limpio (collectively "Padres") filed an administrative complaint with EPA's Office of Civil Rights ("OCR") pursuant to EPA's regulations implementing Title VI of the Civil Rights Act, 42 U.S.C. § 2000d. The Title VI complaint alleged that the California agencies responsible for California's three Class I toxic waste dumps were discriminating against Padres in the siting, permitting, expansion, and operation of the dumps, which the complaint alleged are all located in low-income, rural, Latino communities;

WHEREAS, on June 30, 2011, Padres sought relief in this Court under the Administrative Procedure Act ("APA"), 5 U.S.C. § 706(1);

WHEREAS, on September 2, 2011, Defendants Lisa P. Jackson, *et al.* (collectively "EPA") filed a Motion to Dismiss this action, and on October 17, 2011, Padres filed an opposition to the Motion to Dismiss;

WHEREAS, on December 5, 2011, counsel for EPA and counsel for Padres conferred regarding the possibility of settlement; and

WHEREAS, counsel for Padres and counsel for EPA desire to stay proceedings for a reasonable period of time to allow the parties to explore settlement.

NOW THEREFORE, the parties, by and through their undersigned counsel, hereby stipulate to the following:

1. All proceedings shall be stayed for 45 days from the date of entry of this Order during which period EPA's Motion to Dismiss shall be held in abeyance and the Scheduling Conference currently set for January 5, 2012 shall be vacated.

2. The Parties shall file a Joint Status Report 45 days from the date of entry of this Order to advise the Court on the status of settlement.

///
///
///

STIPULATION AND [PROPOSED] ORDER          1

COUNSEL FOR PLAINTIFF:

Dated: December 13, 2011

/s/ Brent Newell
BRENT NEWELL
Center on Race, Poverty & the Environment
47 Kearny Street, Suite 804
San Francisco, CA 94108
Phone: (415) 346-4179
Email: bnewell@crpe-ej.org

COUNSEL FOR DEFENDANTS:

Dated:    December 13, 2011

TONY WEST
Assistant Attorney General
BENJAMIN B. WAGNER
United States Attorney
RACHEL J. HINES
Assistant Director
Federal Programs Branch

/s/ Andrew Zee
M. ANDREW ZEE
Trial Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue NW, Room 7314
Washington, DC 20530
Telephone: (202) 305-8648
Fax: (202) 616-8470
Email: m.andrew.zee@usdoj.gov

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 12-14-11

_____
Anthony W. Ishii
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER                    2