BRENT NEWELL, CA Bar No. 210,312
INGRID BROSTROM, CA Bar No. 245,829
CENTER ON RACE, POVERTY & THE ENVIRONMENT
47 Kearny Street, Suite 804
San Francisco, CA 94108
Telephone:   (415) 346-4179
Fax:         (415) 346-8723
Email:       bnewell@crpe-ej.org

CHRISTOPHER WINTER, OR Bar No. 984,355
*Via pro hac vice*
CRAG LAW CENTER
917 S.W. Oak, Suite 417
Portland, OR 97205
Telephone:   (503) 525-2725
Fax:         (503) 296-5454
Email:       chris@crag.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| PADRES HACIA UNA VIDA MEJOR, an unincorporated association, and EL PUEBLO PARA EL AIRE Y AGUA LIMPIO, an unincorporated association,<br><br>Plaintiffs,<br><br>v.<br><br>LISA P. JACKSON, in her official capacity as Administrator of the U.S. Environmental Protection Agency, and U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendants. | CASE No. 1:11-cv-01094-AWI-DLB<br><br>**JOINT STATUS REPORT WITH STIPULATION AND ORDER TO EXTEND STAY OF PROCEEDINGS PENDING SETTLEMENT NEGOTIATIONS** |

WHEREAS, on or about December 12, 1994, Plaintiffs Padres Hacia una Vida Mejor and El Pueblo para el Aire y Agua Limpio (collectively "Padres") filed an administrative complaint with EPA's Office of Civil Rights pursuant to EPA's regulations implementing Title VI of the Civil Rights Act, 42 U.S.C. § 2000d.  The Title VI administrative complaint alleged that the California agencies responsible for California's three Class I toxic waste dumps were discriminating against Padres in the siting, permitting, expansion, and operation of the dumps, which the complaint alleged are all located in low-income, rural, Latino communities;

WHEREAS, on June 30, 2011, Padres sought relief in this Court under the Administrative Procedure Act ("APA"), 5 U.S.C. § 706(1);

WHEREAS, on September 2, 2011, Defendants Lisa P. Jackson, *et al*. (collectively "EPA") filed a Motion to Dismiss this action, and on October 17, 2011, Padres filed an opposition to the Motion to Dismiss;

WHEREAS, on December 14, 2011, the Court entered an order staying proceedings for 45 days and vacating the Scheduling Conference set for January 5, 2012, to allow the parties to explore settlement, and also requiring the parties to advise the Court on the status of settlement by January 30, 2012;

WHEREAS, pursuant to the Court's December 14, 2011 order, the parties report that they have exchanged settlement proposals and desire to extend the stay of proceedings to allow the parties to continue settlement negotiations.

NOW THEREFORE, the parties, by and through their undersigned counsel, hereby stipulate to the following:

1. All proceedings shall be stayed for an additional 30 days from the date of entry of this Order during which period EPA's Motion to Dismiss shall be held in abeyance.

2. The Parties shall file a Joint Status Report 30 days from the date of entry of this Order to advise the Court on the status of settlement.

///

///

JOINT STATUS REPORT WITH STIPULATION AND [PROPOSED] ORDER            1

COUNSEL FOR PLAINTIFF:

Dated: January 30, 2012        /s/ Brent Newell
                               BRENT NEWELL
                               Center on Race, Poverty & the Environment
                               47 Kearny Street, Suite 804
                               San Francisco, CA 94108
                               Phone: (415) 346-4179
                               Email: bnewell@crpe-ej.org

COUNSEL FOR DEFENDANTS:

Dated:    January 30, 2012     TONY WEST
                               Assistant Attorney General
                               BENJAMIN B. WAGNER
                               United States Attorney
                               RACHEL J. HINES
                               Assistant Director
                               Federal Programs Branch

                               /s/ Andrew Zee
                               M. ANDREW ZEE
                               Trial Attorney
                               Federal Programs Branch
                               U.S. Department of Justice, Civil Division
                               20 Massachusetts Avenue NW, Room 7314
                               Washington, DC  20530
                               Telephone: (202) 305-8648
                               Fax: (202) 616-8470
                               Email:  m.andrew.zee@usdoj.gov

**PURSUANT TO STIPULATION,**

IT IS SO ORDERED.

   Dated:  **January 31, 2012**           /s/ Dennis L. Beck
        UNITED STATES MAGISTRATE JUDGE