IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PADRES HACIA UNA VIDA MEJOR,** an unincorporated association, and **EL PUEBLO PARA EL AIRE Y AGUA LIMPIO,** an unincorporated association,<br><br>Plaintiffs,<br>v.<br><br>**LISA P. JACKSON,** in her official capacity as Administrator of the U.S. Environmental Protection Agency, and **U.S. ENVIRONMENTAL PROTECTION AGENCY,**<br><br>Defendants. | 1:11-cv-1094 AWI DLB<br><br>**ORDER LIFTING STAY** |

On September 2, 2011, Defendant filed a motion to dismiss, and hearing on the matter was set for October 31, 2011. See Doc. No. 11. On October 26, 2011, the Court vacated the hearing and took the matter under submission. See Doc. No. 18.

On December 13, 2011, the parties entered into a stipulation to stay proceedings for 45 days while they pursued settlement. See Doc. No. 19. The Court granted the stipulation and stayed this case on December 14, 2011. See Doc. No. 20. On February 1, 2012, the Magistrate Judge signed a stipulation that extended the stay. See Doc. No. 22.

On March 2, 2012, the parties submitted a joint status report in which they reported that they were unable to reach a settlement despite good faith efforts. See Doc. No. 23. In the joint status report, Plaintiff requests that the Court set a new case management conference date, but

1 Defendant states that no conference date is necessary until after the Court rules on the pending
2 motion to dismiss.
3    The Court agrees with Defendant. The Court will lift the stay at this time, and will
4 thereafter issue a ruling on Defendants' motion to dismiss. As part of its ruling, the Court will
5 set, if necessary, deadlines for filing an answer and contacting the Magistrate Judge for a status
6 conference.

8    Accordingly, IT IS HEREBY ORDERED that, in light of the March 2, 2012, joint status
9 report that the previously ordered stay in this case is LIFTED.

11 IT IS SO ORDERED.

12 Dated:    March 9, 2012
13                                         CHIEF UNITED STATES DISTRICT JUDGE