1

2

3

4

5

6          **IN THE UNITED STATES DISTRICT COURT FOR THE**

7                **EASTERN DISTRICT OF CALIFORNIA**

8

9    **PADRES HACIA UNA VIDA MEJOR,**          )    **1:11-cv-1094  AWI DLB**
     **an unincorporated association, and EL**  )
10   **PUEBLO PARA EL AIRE Y AGUA**            )
     **LIMPIO, an unincorporated association,** )    **ORDER LIFTING STAY**
11                                              )
               **Plaintiffs,**                  )
12                                              )
          **v.**                                )
13                                              )
     **LISA P. JACKSON, in her official**       )
14   **capacity as Administrator of the U.S.**  )
     **Environmental Protection Agency, and**   )
15   **U.S. ENVIRONMENTAL**                     )
     **PROTECTION AGENCY,**                     )
16                                              )
               **Defendants.**                  )
17   _____  )

18

19          On September 2, 2011, Defendant filed a motion to dismiss, and hearing on the matter

20   was set for October 31, 2011.  See Doc. No. 11.  On October 26, 2011, the Court vacated the

21   hearing and took the matter under submission.  See Doc. No. 18.

22          On December 13, 2011, the parties entered into a stipulation to stay proceedings for 45

23   days while they pursued settlement.  See Doc. No. 19.  The Court granted the stipulation and

24   stayed this case on December 14, 2011.  See Doc. No. 20.  On February 1, 2012, the Magistrate

25   Judge signed a stipulation that extended the stay.  See Doc. No. 22.

26          On March 2, 2012, the parties submitted a joint status report in which they reported that

27   they were unable to reach a settlement despite good faith efforts.  See Doc. No. 23.  In the joint

28   status report, Plaintiff requests that the Court set a new case management conference date, but

Defendant states that no conference date is necessary until after the Court rules on the pending motion to dismiss.

The Court agrees with Defendant. The Court will lift the stay at this time, and will thereafter issue a ruling on Defendants' motion to dismiss. As part of its ruling, the Court will set, if necessary, deadlines for filing an answer and contacting the Magistrate Judge for a status conference.

Accordingly, IT IS HEREBY ORDERED that, in light of the March 2, 2012, joint status report that the previously ordered stay in this case is LIFTED.

IT IS SO ORDERED.

Dated:    March 9, 2012                                    

CHIEF UNITED STATES DISTRICT JUDGE

daw

2