STUART F. DELERY
Acting Assistant Attorney General
BENJAMIN B. WAGNER
United States Attorney
RACHEL J. HINES
Assistant Director
Federal Programs Branch
M. ANDREW ZEE (CA Bar #272510)
Trial Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue NW, Room 7314
Washington, DC 20530
Telephone: (202) 305-8648
Fax: (202) 616-8470
Email: m.andrew.zee@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION**

| | |
|---|---|
| PADRES HACIA UNA VIDA MEJOR, an unincorporated association, and EL PUEBLO PARA EL AIRE Y AGUA LIMPIO, an unincorporated association,<br><br>Plaintiffs,<br><br>vs.<br><br>LISA P. JACKSON, in her official capacity as Administrator of the U.S. Environmental Protection Agency, and U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendants. | Case No.: 1:11-cv-01094-AWI-DLB<br><br>**NOTICE OF DISMISSAL OF TITLE VI ADMINISTRATIVE COMPLAINT** |

Defendants, Lisa P. Jackson, in her official capacity as Administrator of the U.S. Environmental Protection Agency, and the U.S. Environmental Protection Agency (collectively, "EPA"), file this Notice to inform the Court that EPA has taken the agency action sought by

NOTICE OF DISMISSAL OF TITLE VI ADMINISTRATIVE COMPLAINT - 1

Plaintiffs in this lawsuit. On August 30, 2012, EPA's Office of Civil Rights issued a letter of dismissal to the California Department of Toxic Substance Control dismissing the allegations contained in Plaintiffs' Title VI administrative complaint and permanently closing the complaint file. *See* Letter from Rafael DeLeon to Debbie Raphael (Aug. 30, 2012), attached as Exhibit A. Consistent with the representations set forth in EPA's Memoranda in Support of Defendants' Motion to Stay [ECF Nos. 26-1, 32], and in the Declarations of Rafael DeLeon [ECF Nos. 26-2. 32-1], the agency has now completed its investigation of Plaintiffs' Title VI administrative complaint and taken appropriate action pursuant to its regulations based on the outcome of that investigation. Because EPA's investigation revealed no violation of the agency's Title VI regulations, all allegations in the administrative complaint were dismissed pursuant to 40 C.F.R. § 7.120(g), and the administrative complaint file has been permanently closed.

In light of the above, this case is now moot and subject to dismissal. As set forth in paragraph 5 of the parties' Joint Scheduling Report [ECF No. 37], EPA intends to file a motion to dismiss on grounds of mootness as soon as possible.

Dated: August 30, 2012.　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　STUART F. DELERY
　　　　　　　　　　　　　　　　　　　　Acting Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　　　RACHEL J. HINES
　　　　　　　　　　　　　　　　　　　　Assistant Director
　　　　　　　　　　　　　　　　　　　　Federal Programs Branch

　　　　　　　　　　　　　　　　　　　　　　/s/ Andrew Zee
　　　　　　　　　　　　　　　　　　　　M. ANDREW ZEE (CA Bar #272510)

　　　　　　　　　　　　　　　　　　　　*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 30th day of August, 2012, I electronically transmitted the foregoing document and all accompanying attachments to the Clerk of Court using the ECF System for filing.

        /s/ Andrew Zee
        M. ANDREW ZEE