# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PADRES HACIA UNA VIDA MEJOR, an unincorporated association, and EL PUEBLO PARA EL AIRE Y AGUA LIMPIO, an unincorporated association,<br><br>Plaintiffs,<br>v.<br><br>LISA P. JACKSON, in her official capacity as Administrator of the U.S. Environmental Protection Agency, and U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendants. | 1:11-cv-1094 AWI DLB<br><br>ORDER ON PLAINTIFF'S EX PARTE APPLICATION TO SHORTEN TIME, VACATING NOVEMBER 19, 2012 HEARING, AND RESETTING MATTERS TO DECEMBER 3, 2012 |

Currently set for hearing and decision on November 19, 2012, is Defendants' motion to dismiss this matter due to mootness. On November 5, 2012, Plaintiffs filed its opposition and a motion for sanctions. Plaintiffs also filed an ex parte request to shorten time so that its Rule 11 motion may be heard on November 19, 2012.

After consideration, the Court will deny Plaintiffs' ex parte application to shorten time. Instead, the Court will hear Defendants' motion to dismiss and Plaintiffs' motion for sanctions together on December 3, 2012.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiffs' ex parte application to shorten time is DENIED;
2. The November 19, 2012, hearing date is VACATED;

3.  Hearing on Defendants' motion to dismiss and Plaintiffs' motion for sanctions will be held on December 3, 2012, at 1:30 p.m. in Courtroom No. 2;

4.  Defendants shall file a reply with respect to their motion to dismiss on or by November 12, 2012;

5.  Defendants shall file an opposition to Plaintiffs' motion for sanctions on or by November 19, 2012; and

6.  Plaintiffs shall file a reply with respect to the sanctions motion on or by November 26, 2012.

IT IS SO ORDERED.

Dated:   November 6, 2012

_____
UNITED STATES DISTRICT JUDGE

daw

2