STUART F. DELERY
Acting Assistant Attorney General
BENJAMIN B. WAGNER
United States Attorney
RACHEL J. HINES
Assistant Director
Federal Programs Branch
M. ANDREW ZEE (CA Bar #272510)
Trial Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue NW, Room 7314
Washington, DC  20530
Telephone: (202) 305-8648
Fax: (202) 616-8470
Email:  m.andrew.zee@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| PADRES HACIA UNA VIDA MEJOR, an unincorporated association, and EL PUEBLO PARA EL AIRE Y AGUA LIMPIO, an unincorporated association,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>LISA P. JACKSON, in her official capacity as Administrator of the U.S. Environmental Protection Agency, and U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>                    Defendants. | Case No.: 1:11-cv-01094-AWI-DLB<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES** |

Plaintiffs Padres Hacia una Vida Mejor and El Pueblo para el Aire y Agua Limpio (collectively "Padres"), and Defendants, Lisa P. Jackson, in her official capacity as

Administrator of the U.S. Environmental Protection Agency, and the U.S. Environmental

Protection Agency (collectively "EPA"), stipulate as follows:

1.     On September 7, 2012, EPA filed a Motion to Dismiss on Mootness Grounds, and

set the Motion for hearing on November 19, 2012 [ECF 42].  On November 5, 2012, Padres filed

an opposition to EPA's Motion [ECF 45] and a Motion for Sanctions [ECF 46].  On November

7, 2012, the Court entered an order resetting the hearing date on both motions for December 3,

2012, setting a November 12, 2012 deadline for EPA to file its reply brief on the Motion to

Dismiss, setting a November 19, 2012 deadline for EPA to file its opposition brief to Padres'

Motion for Sanctions, and setting a November 26, 2012 deadline for Padres to file a reply brief

on the Motion for Sanctions [ECF 48].

2.     Due to the closure of EPA and Department of Justice offices in observation of the

Veterans Day holiday on November 12, 2012, EPA desires additional time to prepare and file its

reply brief in support of its Motion to Dismiss.  In addition, undersigned counsel for the

government is scheduled to be on travel for a hearing in another matter on November 14 and 15.

In light of the upcoming Veterans Day holiday and the travel schedule of government counsel,

EPA requests, with Padres' consent, that the deadline for its reply brief in further support of its

Motion to Dismiss be reset for November 16, 2012.

3.     EPA's opposition to Padres Motion for Sanctions is due on November 19, 2012,

the Monday preceding Thanksgiving.  Padres requests, with EPA's consent, that the Court

extend the deadline for its reply brief two days from November 26, 2012 to November 28, 2012

to account for the Thanksgiving holiday.

4.     The parties respectfully submit that good cause exists for the relief requested and

that the requested extensions will not prejudice the Court.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the

undersigned, subject to approval of the Court, that:

1.     EPA's reply brief in support of its Motion to Dismiss on Mootness Grounds will

be filed with the Court by November 16, 2012; and

2.      Padres' reply brief in support of its Motion for Sanctions will be filed with the Court by November 28, 2012.


Dated: November 9, 2012.                          Respectfully submitted,

                                                  /s/ Brent Newell_____
                                                  BRENT NEWELL
                                                  Center on Race, Poverty & the Environment
                                                  47 Kearny Street, Suite 804
                                                  San Francisco, CA 94108
                                                  Phone: (415) 346-4179
                                                  Email: bnewell@crpe-ej.org

                                                  *Counsel for Plaintiffs*


                                                  STUART F. DELERY
                                                  Acting Assistant Attorney General
                                                  BENJAMIN B. WAGNER
                                                  United States Attorney
                                                  RACHEL J. HINES
                                                  Assistant Director
                                                  Federal Programs Branch


                                                  /s/ Andrew Zee_____
                                                  M. ANDREW ZEE (CA Bar #272510)

                                                  *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of November, 2012, I electronically transmitted the foregoing document and all accompanying attachments to the Clerk of Court using the ECF System for filing.


                                  /s/ Andrew Zee
                                  M. ANDREW ZEE


IT IS SO ORDERED.

Dated:   November 9, 2012                              
                     UNITED STATES DISTRICT JUDGE